UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DON SILBERMAN, et al.,
Plaintiffs,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY, et al.,
Defendants.

CIVIL ACTION
No. 25-11619-BEM

# ORDER OF DISMISSAL

MURPHY, D.J.

Pursuant to this Court's allowance of the Defendants' Motion to Dismiss on November 20, 2025 [ECF # 24], it is ORDERED that the above-entitled case is **DISMISSED**.

DATED: November 20, 2025

***/s/ Brian E. Murphy***
Brian E. Murphy
United States District Judge